**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO. 2:24-cv-00582** |
| **Plaintiff,** | |
| **V.** | **JUDGE** |
| **LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,** | **MAGISTRATE JUDGE** |
| **Defendants.** | |

**NOTICE OF REMOVAL**

**NOW COME** Defendants, Liberty Mutual Insurance Company (hereinafter referred to as "Liberty Mutual") and "The Hartford Insurance Company," who has been incorrectly named and whose correct entity name is Hartford Life and Accident Insurance Company ("Hartford") (collectively "Defendants"), through their respective undersigned counsel and hereby give Notice of Removal of Case No. 850-492 from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana to the United States District Court for the Eastern District of Louisiana.

Pursuant to 28 U.S.C. § 1446, Defendants hereby invoke the jurisdiction of this Court under 28 U.S.C. §§ 1331, 1332 and 1441, and state the following grounds for removal:

**REMOVAL JURISDICTION**

This Court has original jurisdiction over this action because it involves claims alleging violations of federal law.

In support of removal, Defendants make the following showing:

## TIMELINESS OF REMOVAL

1. On January 12, 2024, Plaintiff Lincoln Brennan ("Brennan") commenced a civil action against Defendants by filing a Petition ("Petition") in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Case No. 850-492 (the "State Action").

2. Liberty Mutual was served through Personal Service on February 7, 2024.

3. Hartford was served through its agent for service of process on February 7, 2024.

4. No Defendants have served or filed any answer or responsive pleading to the Petition before the 24th Judicial District Court for the Parish of Jefferson in this matter.

5. This Notice is filed with this Court within thirty (30) days after Defendants received a copy of the Petition upon which this action is based, and before any proceedings were had thereupon in the 24th Judicial District Court for the Parish of Jefferson. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders which have been filed in the State Action are attached hereto as Exhibit A.

## FEDERAL QUESTION JURISDICTION

7. This action is removed to this Court pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States, specifically, the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq. ERISA applies to any "employee benefit plan" if the plan is established or maintained by an employer or employee organization engaged in commerce or in any industry or activity affecting commerce. 29 U.S.C. § 1003. An "employee benefit plan" is defined as an employee welfare benefit plan or an employee pension benefit plan. 29 U.S.C. § 1002(3). A plan is a welfare benefit plan if it

"was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, . . . benefits in the event of sickness, accident, disability, death or unemployment." 29 U.S.C. § 1002(1) (references to other types of employer-provided benefits qualifying as ERISA plans omitted) (emphasis added).

8. By the State Action, Plaintiff is seeking to recover long term disability benefits (along with other damages) from long term disability benefits plans, in which he was an alleged participant by virtue of his employment with a plan sponsor.[1] The benefit plans at issue are "employee welfare benefit plans" as that term is defined in 29 U.S.C. § 1002(1) of the Employee Retirement Income Security Act ("ERISA"). The benefits sought by Plaintiff in the State Action are sought from ERISA plans. Therefore, the plans and an action for benefits under the plans are governed by ERISA. The Court's analysis of Plaintiff's causes of action will necessarily require interpretation of these ERISA plans. Because the preemptive force of ERISA is so powerful that it completely displaces any state law cause of action, Plaintiff's causes of action will be "recharacterized" as a federal claim under ERISA. Metropolitan Life Ins. Co. v. Massachusetts, 471 U.S. 724 (1985); Pilot Life Ins. Co. v. Dedeoux, 481 U.S. 41 (1987); Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58 (1987). Accordingly, removal to this Court is proper pursuant to 28 U.S.C. § 1441(a) as it is under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

**VENUE**

Venue of this removal action is proper pursuant to 29 U.S.C. § 1441 inasmuch as the United States District Court for the Eastern District of Louisiana embraces Jefferson Parish, State

---

[1] Petition at ¶¶ 3-5 and 9-11

of Louisiana and the 24th Judicial District Court for the State of Louisiana, which is the venue where the original state court action was filed.

Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

Contemporaneously with this filing, Defendants are are also filing a Notification of Removal with the 24th Judicial District Court for the Parish of Jefferson as required by 28 U.S.C. §1446(d).

**WHEREFORE**, Defendants hereby remove this action from the 24th Judicial District Court for the Parish of Jefferson to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted this 7th day of March 2024.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ James H. Gilbert*

Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY**

**AND**

**BABINEAUX, POCHÉ, ANTHONY & SLAVICH, L.L.C.**

s/Joel P. Babineaux
Joel P. Babineaux, LA #21455 (T.A.)*
E-mail: jbabineaux@bpasfirm.com
Karen T. Bordelon, LA #20114
E-mail: kbordelon@bpasfirm.com
P.O. Box 52169
Lafayette, LA 70505
Phone: (337) 984-2505
Fax: (337) 984-2503
* Board Certified Employment Law Specialist
Louisiana Board of Legal Specialization

**COUNSEL FOR DEFENDANT THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification to counsel registered for electronic service. A copy of the foregoing was also delivered via electronic mail on this, the 7th day of March, 2024, to the following:

Scott P. Shea
4603 S. Carrollton Ave.
New Orleans, LA 70119
sshea33@aol.com
***Counsel for Plaintiff***

*/s/ James H. Gilbert*