FILED FOR RECORD 01/12/2024 13:45:23
Angela P. Ingraffia, DY CLERK
JEFFERSON PARISH, LA

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 850-492 DIV.: "L"

LINCOLN BRENNAN

VERSUS

LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY

FILED: ______________________ ______________________________
DEPUTY CLERK

## PETITION FOR BREACH OF CONTRACT

The petition of LINCOLN BRENNAN, a person of the full age of majority and domiciled in the Parish of Jefferson , State of Louisiana, who submits the following Petition for Breach of Contact, to wit:

1.

Made defendants herein are:

1) LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurer licensed to and doing business in the Parish of Jefferson, State of Louisiana;

2) THE HARTFORD INSRUANCE COMPANY, a foreign insurer licensed to and doing business in the Parish of Jefferson, State of Louisiana;

Both are truly indebted to Petitioner for an amount reasonable in the premises, together with legal interest from date of judicial demand, for the following, to wit:

2.

Petitioner, Lincoln Brennan, was a 25+ year employee of Republic Beverage Company in Jefferson, LA, working as a merchandizer.

EXHIBIT
A

3.

Throughout the employment of Petitioner, Republic Beverage had a policy of disability insurance offered to employees as part of their benefits package which provided both short and long term disability benefits.

4.

Further, at various periods throughout Petitioner's employment, defendants Liberty Mutual Insurance Company and The Hartford Insurance Company had in full force and effect the above described disability policy for Republic Beverage Company employees, including Petitioner Lincoln Brennan.

5.

During his years of employment with Republic Beverage, under the terms of the disability policy Petitioner paid premiums to defendants and thus was a policyholder/insured under the disability insurance policies.

6.

On December 17, 2017, Petitioner Lincoln Brennan, while in the course and scope of his employment with Republic Beverage, was involved in a serious motor vehicle accident in New Orleans, LA.

7.

As a result of the above described accident, Petitioner suffered serious personal injuries, incurred medical expenses and was unable to return to work at Republic Beverage.

8.

Further, as a result of the above-described accident, Petitioner was and remains disabled and unable to return to his previous employment with Republic Beverage Company.

9.

Further, following said motor vehicle accident, Petitioner filed a disability claim with defendants seeking disability benefits and was denied disability benefits under the policies.

10.

Further, due to Petitioner's disability status, Petitioner is entitled to full disability benefits under the clear terms of the respective disability insurance policies.

11.

Defendants have willfully and capriciously failed to pay the disability benefits to Petitioner under the terms of the respective disability policies.

12.

Upon information and belief, defendants have breached the Policy and/or insurance contract by purposely and/or negligently: a) failed to timely tender proceeds due after having received satisfactory proof of loss; b) misrepresenting the terms and conditions of the Policy at issue; c) failed to property investigate the claim or conduct an investigation, all in bad faith.

13.

Upon information and belief, the actions and/or actions of defendants in failing to adequately compensate Petitioner for the covered losses under the disability policy were arbitrary, capricious and without probable cause-as those terms are used in conjunction with La. R.S.22§1973, making Defendants liable for statutory bad faith penalties.

14.

Under La. R.S. 22§1973, an insurer owes a good faith duty and fair dealing to an insured and has an affirmative duty to adjust claims fairly and promptly; and failure to pay a claim in a manner arbitrary, capricious or without probable cause is in violation of La. R.S. 22§1973.

15.

Failing to pay the amount of any claim due any person insured by the contract within sixty days after receipt of satisfactory proof of loss for the claimant when such failure is arbitrary, capricious or without probable cause is considered 'bad faith" and in violation of La. R.S.22§1973.

16.

Petitioner has suffered general, special and/or consequential damaged as result of Defendants' bad faith.

17.

Petitioner itemizes his damages as follows:

a) Breach of contract;

b) Payment of disability benefits;

c) Penalties as a result of defendants' bad faith;

d) Attorney's fees as result of defendants' bad faith;

WHEREFORE, petitioner LINCOLN BRENNAN prays that defendants, Liberty Mutual Insurance Company and The Hartford Insurance Company be duly cited and served with a copy of this Petition and after due proceedings that there be judgment herein in favor of petitioner LINCOLN BRENNAN, against defendants, Liberty Mutual Insurance Company and The Hartford Insurance Company in an amount reasonable in the premises, penalties and attorney's fees, together with legal interest from date of judicial demand and for all costs of these proceedings.

And for all general and equitable relief.

Respectfully submitted,

SCOTT P. SHEA-BAR NO. 19150
4603 S. Carrollton Ave.
New Orleans, LA 70119
Office (504) 482-5100
Cell (504) 296-7762
Email: sshea33@aol.com

ATTORNEY FOR PETITIONER LINCOLN BRENNAN

**PLEASE SERVE:**

LIBERTY MUTUAL INSURANCE COMPANY

Through their agent for service

Corporate Service Company

450 Laurel St. 8th Floor

Baton Rouge, LA 70801

CK#1260
8088 EBR

CK#1259
50 SOS.

THE HARTFORD INSURANCE COMPANY

Through their agent for service

Secretary of State

Baton Rouge, LA

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 240123-3576-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LINCOLN BRENNAN
versus
LIBERTY MUTUAL INSURANCE COMPANY AND
HARTFORD INSURANCE COMPANY

Case: 850-492 Div: "L"
P 1 LINCOLN BRENNAN

To: HARTFORD INSURANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

SOS CK #1259 $50.00
EBR CK #1260 $80.88

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR BREACH OF CONTRACT of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **TWENTY-ONE (21) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney SCOTT P. SHEA and was issued by the Clerk of Court on the 23rd day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 240123-3576-6

Received:____________ Served:____________ Returned:____________

Service was made:
___ Personal ___ Domicilary ______________________

Unable to serve:
___ Not at this address ___ Numerous attempts _____ times
___ Vacant ___ Received too late to serve
___ Moved ___ No longer works at this address
___ No such address ___ Need apartment / building number
___ Other ________________________________________________

Service: $__________ Mileage: $__________ Total: $__________

Completed by:____________________________________________ # ____________
Deputy Sheriff
Parish of: ______________________________________________________

Imaged 01/23/2024 12:54 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 240123-3575-8

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LINCOLN BRENNAN
versus
LIBERTY MUTUAL INSURANCE COMPANY AND
HARTFORD INSURANCE COMPANY

Case: 850-492 Div: "L"
P 1 LINCOLN BRENNAN

To: LIBERTY MUTUAL INSURANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE:
CORPORATE SERVICE COMPANY
450 LAUREL ST
8TH FLOOR
BATON ROUGE LA 70801

EBR CK #1260 $80.88

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR BREACH OF CONTRACT of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **TWENTY-ONE (21) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney SCOTT P. SHEA and was issued by the Clerk of Court on the 23rd day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

## SERVICE INFORMATION

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 240123-3575-8

Received:____________ Served:____________ Returned:____________

Service was made:
___ Personal ___ Domicilary ______________________

Unable to serve:
___ Not at this address ___ Numerous attempts _____ times
___ Vacant ___ Received too late to serve
___ Moved ___ No longer works at this address
___ No such address ___ Need apartment / building number
___ Other ________________________________________

Service: $__________ Mileage: $__________ Total: $__________

Completed by:____________________________________ # __________
Deputy Sheriff
Parish of: ________________________________________

Imaged 01/23/2024 12:54 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

[SERVICE COPY] [RETURN COPY]

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 240123-3575-8

FILED FOR RECORD 02/16/2024 11:31:20
Renee B Ehret DY CLERK
JEFFERSON PARISH LA

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LINCOLN BRENNAN
versus
LIBERTY MUTUAL INSURANCE COMPANY AND
HARTFORD INSURANCE COMPANY

Case: 850-492 Div: "L"
P 1 LINCOLN BRENNAN

To: LIBERTY MUTUAL INSURANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE:
CORPORATE SERVICE COMPANY
450 LAUREL ST
8TH FLOOR
BATON ROUGE LA 70801

EBR CK #1260 $80.88

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR BREACH OF CONTRACT of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **TWENTY-ONE (21) CALENDAR** days after the service hereof, under penalty of default.

This service was requested by attorney SCOTT P. SHEA and was issued by the Clerk of Court on the 23rd day of January, 2024.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

SERVICE INFORMATION

(101) CITATION: PETITION FOR BREACH OF CONTRACT; 240123-3575-8

Received:______ Served:______ Returned:______

Service was made:
___ Personal ___ Domicilary ______

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other ______
___ Numerous attempts ___ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $______ Mileage: $______ Total: $______

Completed by:______ # ______
Deputy Sheriff

Parish of: ______

I made service on the named party through the
CORPORATION SERVICE COMPANY
FEB 07 2024
by tendering a copy of this document to
Trula Brousseau
DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
FEB 06 2024
E.B.R. SHERIFF'S OFFICE

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

**24[TH] JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**NUMBER 850-492** **DIVISION "L"**

**LINCOLN BRENNAN**

**VERSUS**

**LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY**

FILED: ______________________________ ______________________________
DEPUTY CLERK

**<u>*EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS</u>**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Liberty Mutual Insurance Company ("Liberty Mutual") who, without waiving any defenses, exceptions or objections, including but not limited to jurisdiction, venue, service and citation, respectfully moves *ex parte* for an extension of time to answer or otherwise file responsive pleadings in the above-captioned proceeding. Liberty Mutual was served on February 7, 2024. Liberty Mutual's deadline to file responsive pleadings is February 28, 2024. Liberty Mutual requests an extension of time through and until March 11, 2024 to answer or otherwise file responsive pleadings. Liberty Mutual certifies that it has not previously requested an extension of time from the Court. The granting of this motion will not unnecessarily delay these proceedings.

**WHEREFORE**, Liberty Mutual hereby prays for an extension of time, through and including March 11, 2024 to file responsive pleadings.

Respectfully submitted,

**PHELPS DUNBAR**

BY: *s/James H. Gilbert*
Lindsay Calhoun (#35070)
James H. Gilbert (#36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: lindsay.calhoun@phelps.com
james.gilbert@phelps.com

ATTORNEYS FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY

24th E-Filed: 02/23/2024 17:41 Case: 850492 Div:L Atty:036468 JAMES H GILBERT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing EX PARTE MOTION FOR EXTENSION OF TIME has been served upon all counsel by e-mail, United States mail, certified, return receipt requested, facsimile, UPS, FedEx, overnight delivery and/or hand delivery on February 23, 2024.

*s/James H. Gilbert*

24th E-Filed: 02/23/2024 17:41 Case: 850492 Div:L Atty:036468 JAMES H GILBERT

**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**NUMBER 850-492** **DIVISION "L"**

**LINCOLN BRENNAN**

**VERSUS**

**LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY**

FILED: ______________________ ______________________
DEPUTY CLERK

**ORDER**

Considering the foregoing First *Ex Parte* Motion for Extension of Time to File Responsive Pleading filed on behalf of Defendant Liberty Mutual Insurance Company,

**IT IS HEREBY ORDERED** that the motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the deadline for Liberty Mutual Insurance Company to file pleadings in response to Plaintiff's Petition be and hereby is extended through and until March 11, 2024.

Signed this 26 day of February 2024 in Gretna, Louisiana.

DONALD A. ROWAN, JR.
DISTRICT JUDGE

**Plaintiff to be served pursuant to**
**Louisiana Code of Procedure article 1313**

24th E-Filed: 02/23/2024 17:41 Case: 850492 Div:L Atty:036468 JAMES H GILBERT



SIGNED: HON. DONALD A. ROWAN, JR. - DIVISION: L - 02/26/2024 15:07:34 - CASE:850492 - ID:174268