**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO. 2:24-cv-00582** |
| **Plaintiff,** | |
| | **JUDGE** |
| **V.** | |
| **LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,** | **MAGISTRATE JUDGE** |
| **Defendants.** | |

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant, Liberty Mutual Insurance Company, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files this statement of corporate disclosure and states:

Liberty Mutual Insurance Company is a nongovernmental corporate party with the following parent corporation(s):

Liberty Mutual Holding Company Inc.

LMHC Massachusetts Holdings Inc.

Liberty Mutual Group Inc.

No publicly held company owns 10 percent or more of the stock in Defendant Liberty Mutual Insurance Company.

**[SIGNATURE BLOCK FOLLOWS]**

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ James H. Gilbert*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY**