**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | ______________________________ |
| **V.** | **JUDGE** |
| **LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,** | **MAGISTRATE JUDGE** |
| **Defendants.** | |

**ORDER GRANTING PRO HAC ADMISSION**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby admitted *pro hac vice* as additional counsel of record for Defendant Liberty Mutual Insurance Company in the above referenced matter.

Entered this ________________ day of ____________________________, 2024.

__________________________________________
JUDGE