**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO. 2:24-cv-0582** |
| **Plaintiff,** | ______________________________ |
| **V.** | **JUDGE NANNETTE JOLIVETTE BROWN** |
| **LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,** | **MAGISTRATE JUDGE MICHAEL NORTH** |
| **Defendants.** | |

**HARTFORD'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Federal Rules of Civil Procedure and the Uniform District Court Rules, "The Hartford Insurance Company" (who has been improperly named and designated and whose correct and proper designation is Hartford Life and Accident Insurance Company) ("Hartford" or "Defendant") submits this Corporate Disclosure Statement based on current information:

1. The following information is provided for Hartford Life and Accident Insurance Company:

a. Is the party a publicly held corporation?

( ) Yes ( X ) No

b. Does the party have any parent corporations?

( X ) Yes ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

Hartford Life and Accident Insurance Company is a wholly owned subsidiary of Hartford Holdings, Inc. Hartford Holdings, Inc. is a wholly owned subsidiary of The Hartford Financial

Services Group, Inc. (NYSE: HIG). The Hartford Financial Services Group, Inc. does not have a parent corporation.

c. Is 10% or more of the party's stock owned by a publicly held corporation or other publicly held entity?

( ) Yes ( X ) No*

If yes, identify such owners: *See Section 1(b) for clarification

d. Is there any other publicly held corporation or any other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes ( X ) No

e. Is the party a trade association?

( ) Yes ( X ) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10 percent or more of a party's stock. Not applicable.

Respectfully submitted,

s/Joel P. Babineaux
Joel P. Babineaux,* LA #21455 (T.A.)
E-mail: jbabineaux@bpasfirm.com
Karen T. Bordelon, LA #20114
E-mail: kbordelon@bpasfirm.com
Attorneys for Hartford Life and Accident Insurance Company
Babineaux, Poché, Anthony
& Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA 70505
Phone: (337) 984-2505
Fax: (337) 984-2503
* BOARD CERTIFIED EMPLOYMENT LAW SPECIALIST
LOUISIANA BOARD OF LEGAL SPECIALIZATION