**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO. 2:24-cv-0582** |
| **Plaintiff,** | |
| **V.** | **JUDGE NANNETTE JOLIVETTE BROWN** |
| **LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,** | **MAGISTRATE JUDGE MICHAEL NORTH** |
| **Defendants.** | |

**DEFENDANTS' COMPLIANCE WITH COURT DIRECTIVE**

NOW INTO COURT, through undersigned counsel, come "The Hartford Insurance Company" (who has been improperly named and designated and whose correct and proper designation is Hartford Life and Accident Insurance Company) ("Hartford") and Liberty Mutual Insurance Company ("Liberty Mutual") (collectively "Defendants"), who in response to this Honorable Court's March 8, 2024 Directive (Document No. 7), submit this Compliance With Court Directive and with respect represent as follows:

1.

To Defendants' knowledge, the following parties, with the attorneys representing them, are involved in this case:

a. Lincoln Brennan (Plaintiff)
Scott P. Shea (Counsel)
4603 S. Carrollton Avenue
New Orleans, LA 70119

b. Liberty Mutual Insurance Company (Defendant)
James H. Gilbert
Phelps Dunbar, LLP
Canal Place
365 Canal St., Suite 2000
New Orleans, LA 70130-6534

c. Liberty Mutual Insurance Company (Defendant)
*Motion for Pro Hac Vice Pending*
Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

c. Hartford Life and Accident Insurance Company (Defendant)
Joel P. Babineaux (Counsel)
Babineaux, Poche', Anthony & Slavich, L.L.C.
1201 Camellia Blvd., Third Floor
Lafayette, LA 70508

2.

The following is a list of all documents included in the state court record, arranged by order of filing date, and which were filed with Defendant's Notice of Removal as Exhibit “A” and which are being filed herewith as Exhibit “A” through Exhibit "D":

A. Citation (to Hartford Life and Accident Insurance Company—served through Louisiana Secretary of State on February 7, 2024);
B. Citation (to Liberty Mutual Insurance Company—served through Corporate Service Company on February 7, 2024);
C. Petition for Breach of Contract filed on January 12, 2024 (served on Hartford Life and Accident Insurance Company); and
D. Ex Parte Motion for Extension of Time to File Responsive Pleadings and Order signed on February 26, 2024 granting the extension.

3.

The items referenced as “A” through “C” in paragraph 2 above evidence and certify service of process and service return on Hartford Life and Accident Insurance Company and Liberty Mutual Insurance Company and there are no outstanding issues regarding service of process.

Respectfully submitted,

s/Joel P. Babineaux

Joel P. Babineaux,* LA #21455 (T.A.)
E-mail: jbabineaux@bpasfirm.com
Karen T. Bordelon, LA #20114
E-mail: kbordelon@bpasfirm.com
Attorneys for Hartford Life and Accident Insurance Company
Babineaux, Poché, Anthony
& Slavich, L.L.C.
1201 Camellia Blvd., Third Floor
Lafayette, LA 70508
Phone: (337) 984-2505
Fax: (337) 984-2503
* Board Certified Employment Law Specialist
Louisiana Board of Legal Specialization

AND

*/s/ James H. Gilbert*

Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Attorneys for Liberty Mutual Insurance Company
PHELPS DUNBAR, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
Attorneys for Liberty Mutual Insurance Company
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
Email: iwana@rademaekerslaw.com
*Motion for Pro Hac Vice Pending*