**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:24-CV-00582-NJB-MBN** |
| **V.** | **CHIEF JUDGE NANNETTE JOLIVETTE BROWN** |
| **LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **Defendants.** | |

**LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S PETITION FOR BREACH OF CONTRACT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Liberty Mutual Insurance Company ("Liberty Mutual") files this Motion to Dismiss Plaintiff Lincoln Brennan's ("Plaintiff") Petition for Breach of Contract:

**I.**

**GROUNDS FOR THE MOTION AND STATEMENT OF THE ISSUE**

Liberty Mutual seeks dismissal of Plaintiff's Petition for Breach of Contract (Doc. 1-1) (the "Petition") pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. Specifically, Plaintiff asserts state law causes of action of breach of contract, breach of fiduciary duty, arbitrary and capricious claim handling, and bad faith under La. R. S. 22 §1973.[1] However, these causes of action are preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq., as amended ("ERISA"), as a matter of law. As further grounds for this Motion, Defendant Liberty Mutual asserts that it is not a party to the ERISA Plans or the Policies relevant to this action and should

[1] *See* Petition, at ¶¶ 13-15 and 17.

be dismissed. Accordingly, the allegations pled in the Petition in support of Plaintiff's claims, even if taken as true,[2] are insufficient to support the relief requested and Plaintiff's Petition against Liberty Mutual must be dismissed in its entirety with prejudice. Liberty Mutual's arguments are set forth in detail in its Memorandum in support of this Motion, which is filed herewith and incorporated herein.

## II.

## REQUEST FOR RELIEF

Liberty Mutual is not a party to or an issuer of any Policy that is the subject of this action. Liberty Mutual respectfully requests that the Court dismiss it from this action and grant it such other relief to which it may show itself entitled. Further, Liberty Mutual requests the Court dismiss Plaintiff's Petition against it with prejudice, award Liberty Mutual its attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g); and grant Liberty Mutual any other relief to which it shows itself justly entitled.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ James H. Gilbert*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
james.gilbert@phelps.com

- And -

[2] For the purposes of the Motion to Dismiss, the Court must assume the facts alleged by Plaintiff in the Petition to be true. However, Liberty Mutual does not admit the truthfulness or accuracy of any factual allegation contained in the Petition by filing this Motion and Brief or by any statement contained therein.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas State Bar No. 16452560) *Pro Hac Vice* Pending
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

**COUNSEL FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY**