**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:24-CV-00582-NJB-MBN** |
| **V.** | **CHIEF JUDGE NANNETTE JOLIVETTE BROWN** |
| **LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **Defendants.** | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendant, Liberty Mutual Insurance Company, submits its Motion to Dismiss Plaintiff's Petition for Breach of Contract before the Honorable Nanette Jolivette Brown on April 3, 2024 at 10:00 a.m.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ James H. Gilbert*
Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
james.gilbert@phelps.com

- And -

**LAW OFFICES OF IWANA RADEMAKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560) *Pro Hac Vice* Pending
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

**COUNSEL FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY**