**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LINCOLN BRENNAN,**

**Plaintiff,**

**V.**

**LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,**

**Defendants.**

**CIVIL ACTION NO. 2:24-cv-0582**

**JUDGE NANNETTE JOLIVETTE BROWN**

**MAGISTRATE JUDGE MICHAEL NORTH**

**PLAINTIFF'S UNOPPOSED MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Lincoln Brennan ("Plaintiff"), who submits this Unopposed Motion for Partial Dismissal Without Prejudice and who, with respect, submits as follows:

1.

Hartford Life Insurance Company (whose correct entity name is Hartford Life and Accident Insurance Company) ("Hartford") has been named as a Defendant in the above-captioned lawsuit.

2.

Plaintiff desires to dismiss, without prejudice, its claims against Hartford. Dismissal is without prejudice to Plaintiff's pending claims against Liberty Mutual Insurance Company ("Liberty Mutual"). As such, Plaintiff only seeks a partial dismissal of the claims against Hartford.

3.

Undersigned counsel has conferred with counsel for Hartford, who does not oppose the granting of this Motion and the proposed Order submitted herewith.

WHEREFORE, premises considered, Plaintiff prays that this Motion be granted and that the claims rendered against Hartford Life Insurance Company (Hartford Life and Accident Insurance Company) be dismissed without prejudice and without the assessment of costs.

Respectfully submitted,

s/Scott P. Shea
Scott P. Shea (#19150)
4603 S. Carrollton Avenue
New Orleans, LA 70119
Phone: 504-482-5100
Cell: 504-296-7762
Email: sshea33@aol.com
COUNSEL FOR PLAINTIFF,
LINCOLN BRENNAN