**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LINCOLN BRENNAN,**

**Plaintiff,**

**V.**

**LIBERTY MUTUAL INSURANCE COMPANY & THE HARTFORD INSURANCE COMPANY,**

**Defendants.**

**CIVIL ACTION NO. 2:24-cv-0582**

**JUDGE NANNETTE JOLIVETTE BROWN**

**MAGISTRATE JUDGE MICHAEL NORTH**

**JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

CONSIDERING the Unopposed Motion for Partial Dismissal Without Prejudice and finding good cause for the granting of same:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Partial Dismissal Without Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's claims asserted against Hartford Life Insurance Company (Hartford Life and Accident Insurance Company) in the above-captioned lawsuit be and are hereby dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this dismissal shall be without prejudice to Plaintiff's claims against Liberty Mutual Insurance Company.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that no costs are assessed.

THUS DONE AND SIGNED on this _________ day of ___________________, 2024 in New Orleans, Louisiana.

_______________________________________

HONORABLE NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE