**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-582** |
| **LIBERTY MUTUAL INSURANCE COMPANY, et al.** | **SECTION: "G"(5)** |

**ORDER**

Considering Plaintiff Lincoln Brennan's ("Plaintiff") Unopposed Motion for Partial Dismissal without Prejudice,[1]

**IT IS HEREBY ORDERED** that Plaintiff's claims in the above captioned matter against Hartford Life Insurance Company are **DISMISSED WITHOUT PREJUDICE,** with each party to bear its own costs.

**NEW ORLEANS, LOUISIANA** this 15th day of March, 2024.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

[1] Rec. Doc. 10.