**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 24-582** |
| **LIBERTY MUTUAL INSURANCE COMPANY, et al.** | **SECTION: "G" (5)** |

**ORDER**

Considering the foregoing "Ex Parte Motion for Admission *Pro Hac Vice*,"[1]

In accordance with Local Rule 83.2.5, counsel of record who is a member of the bar of this Court has requested that Iwana Rademaekers be admitted *pro hac vice*. Ms. Rademaekers has provided a certificate by the presiding judge or clerk of the highest court of the state, or court of the United States, where she has been so admitted to practice, showing that she has been so admitted in such court, and that she is in good standing therein. Furthermore, Ms. Rademaekers has affirmed that there have been no disciplinary proceedings or criminal charges against her. Accordingly,

**IT IS ORDERED** that Iwana Rademaekers is hereby admitted to the bar of this Court *pro hac vice* on behalf of Defendant Liberty Mutual Insurance Company in the above captioned action.

**NEW ORLEANS, LOUISIANA**, this 19th day of March, 2024.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 4.