**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LINCOLN BRENNAN,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:24-CV-00582-NJB-MBN** |
| **V.** | **CHIEF JUDGE NANNETTE JOLIVETTE BROWN** |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **Defendant.** | |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff Lincoln Brennan and Defendant Liberty Mutual Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Defendant The Hartford Life and Accident Insurance Company has already been dismissed from this action.

Plaintiff and Defendant Liberty Mutual Insurance Company no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant Liberty Mutual Insurance Company stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant Liberty Mutual Insurance Company request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 26th day of March 2024.

Respectfully submitted,

*<u>/s/ Scott P. Shea</u>*

Scott P. Shea (Bar # 19150)
4603 S. Carrollton Ave.
New Orleans, LA 70119
Office (504) 482-5100

Cell (504) 296-7762
Email: sshea33@aol.com

**COUNSEL FOR PLAINTIFF**

**AND**

*/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas State Bar No. 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

*/s/ James H. Gilbert*

Lindsay Calhoun (Bar #35070)
James H. Gilbert (Bar #36468)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: james.gilbert@phelps.com

**COUNSEL FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY**